# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00340-CV

**M. M. L., Appellant**

**v.**

**D. X. A. - Z., Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-23-002729, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on August 20, 2024. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due November 1, 2024. In granting the most recent extension, this Court advised appellant that no further extensions would be granted and that failure to comply with the order may result in dismissal of the appeal for want of prosecution. On November 7th, six days after appellant's brief was due, appellee filed a motion to dismiss the appeal for want of prosecution. Appellant filed a response, asking this Court to provide him with another extension, this time to November 22, 2024. To date, appellant has not filed his brief. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Prosecution

Filed:   December 5, 2024